UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>LUCKY CHARM RK INVESTMENTS, LLC, a California Limited Liability Company: and Does 1-10.<br><br>    Defendants. | Case No.: 2:17-CV-00119-KJM-KJN<br><br>**ORDER** |

Based on the parties' stipulation (ECF No. 16), IT IS HEREBY ORDERED that:

1. The operative pretrial scheduling order (ECF No. 14) is modified so as to allow the deposition of the PMK of Defendant Lucky Charm RK Investments, LLC, to be noticed for April 17, 2018, after the April 16, 2018 discovery completion deadline.

2. All other dates and deadlines remain unchanged.

Dated: February 22, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE